UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JAMES and ANDREA CLARK, by their subrogee, STATE FARM FIRE AND CASUALTY COMPANY, | : | Civil Action No.  2:18-cv-16907-JMV-SCM |
| v.    Plaintiff(s), | : : : | |
| APPLE, INC.; JOHN DOES 1-10; ABC CORPORATIONS 1-10, AND XYZ INSURANCE COMPANIES 1-10, | : : | |
| Defendant(s). | | |

## DISCLOSURE STATEMENT

The undersigned counsel for   Apple Inc.                                          ,
certifies that this party is a non-governmental corporate party and that:

☐  This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____
_____

## OR

☒  This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

*Jill Berry*                                           Schiff Hardin LLP
Signature of Attorney                                  Name of Firm

Jill Berry                                             666 Fifth Avenue, Suite 1700
Print Name                                             Address

12/6/2018                                              New York, NY 10103
Date                                                   City/State/ZIP Code

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on **Other Documents**.
4. Select **Corporate Disclosure Statement**.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the **NEXT** button.                DNJ-CMECF-005 (5/2/08)